# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-30161 |
| Richard Anthony Bolden  | |
| Jacqueline Meichelle Bolden | Chapter 13 |
| *aka* Jacki M. Bolden | |
| Debtors. | Judge James P. Smith |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Home Point Financial Corporation
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: February 13, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

# **CERTIFICATE OF SERVICE**

I certify that on February 13, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    William Rhymer, Debtors' Counsel
    mdrlfcourt@aol.com

    Camille Hope, Chapter 13 Trustee
    docomt@chapter13macon.com

    Office of the United States Trustee
    ustp.region21.mc.ecf@usdoj.gov

I further certify that on February 13, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Richard Anthony Bolden, Debtor
    3015 Summit Lane
    Monroe, GA 30655

    Jacqueline Meichelle Bolden, Debtor
    3015 Summit Lane
    Monroe, GA 30655

                                                /s/ D. Anthony Sottile
                                                D. Anthony Sottile
                                                Authorized Agent for Creditor
                                                Sottile & Barile, LLC
                                                394 Wards Corner Road, Suite 180
                                                Loveland, OH 45140
                                                Phone: 513.444.4100
                                                Email: bankruptcy@sottileandbarile.com